**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NATALIA USECHE, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 8:20-cv-02225-PX-PAH-ELH |
| DONALD J. TRUMP, *et al.*, | * | |
| Defendants. | * | |
| | * | |
| | *** | |

## SCHEDULING ORDER

Plaintiffs' Unopposed Motion for Expedited Hearing on Motion for Partial Summary Judgment and Preliminary Injunction (ECF No. 37) is denied. The Court issues the following schedule:

October 14, 2020 at **10:00 a.m.**  Hearing before three-Judge panel to take place virtually by Zoom (2 hours)

It is so ORDERED.

9/4/2020
Date

/S/
Paula Xinis
United States District Judge

/S/
Pamela A. Harris
United States Circuit Judge

/S/
Ellen L. Hollander
United States District Judge