**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATALIA USECHE, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>　　　　　　　Defendants. | Case No. 8:20-cv-2225-PX-PAH-ELH |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion To Stay Responsive Deadline, and finding good cause therefore, the Court hereby: (i) GRANTS Defendants' motion; (ii) STAYS Defendants' deadline to respond to Plaintiffs' Amended Complaint; and (iii) ORDERS that, if the Court's resolution of Plaintiffs' Motion for Partial Summary Judgment or a Preliminary Injunction does not lead to a final judgment in favor of Plaintiffs, then Defendants shall, within 14 days of the Court's ruling on Plaintiffs' pending motion, file either an answer or a Rule 12 motion to dismiss on issues not already resolved by the Court's ruling.

It is so ORDERED.

This, the ____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paula Xinis
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Pamela A. Harris
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Circuit Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ellen L. Hollander
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge