## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATALIA USECHE, *et al.*,

    Plaintiffs,

v.

    Case No. 8:20-cv-2225-PX-PAH-ELH

DONALD J. TRUMP, *et al.*,

    Defendants.

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion To Stay Responsive Deadline, and finding good cause therefore, the Court hereby: (i) GRANTS Defendants' motion; (ii) STAYS Defendants' deadline to respond to Plaintiffs' Amended Complaint; and (iii) ORDERS that, if the Court's resolution of Plaintiffs' Motion for Partial Summary Judgment or a Preliminary Injunction does not lead to a final judgment in favor of Plaintiffs, then Defendants shall, within 14 days of the Court's ruling on Plaintiffs' pending motion, file either an answer or a Rule 12 motion to dismiss on issues not already resolved by the Court's ruling.

It is so ORDERED.

This, the 30th day of Sept., 2020.

 

_____

Paula Xinis
United States District Judge

 

_____

Pamela A. Harris
United States Circuit Judge

*Ellen L. Hollander*

Ellen L. Hollander
United States District Judge (For the Three Judge Court)