IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Natalia Useche, et al.,     *

    Plaintiff, 

                                              *       Case No. 8:20-cv-2225-PX

v.

Donald J. Trump, et al.,     *

    Defendant.                      *

**REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of **all defendants**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New Jersey | 11/20/2012 |
| District of Columbia | 5/16/2014 |
|  |  |
|  |  |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

10/08/2020
_____
Date

_____
Signature

John V. Coghlan (DC Bar No. 1020405)
_____
Printed name and bar number

950 Pennsylvania Ave. N.W., Washington, DC 20530
_____
Address

John.Coghlan2@usdoj.gov
_____
Email address

(202) 353-2793
_____
Telephone number

(202) 514-8071
_____
Fax number

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**